UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RENEE CARRAWELL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:04-CV-469 CEJ |
| ) | |
| PATRICIA CORNELL, ) | |
| ) | |
| Respondent. ) | |

**JUDGMENT**

In accordance with the Memorandum and Order filed this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that petition of Renee Carrawell for a writ of habeas corpus under 28 U.S.C. § 2254 is **denied**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 18th day of September, 2007.